**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | |
| | : | |
| MATTHEW BRENT GOETTSCHE, | : | Crim. No. 19-877 |
| [DEFENDANT TWO] | : | |
| JOBADIAH SINCLAIR WEEKS, | : | |
| JOSEPH FRANK ABEL, and | : | |
| SILVIU CATALIN BALACI | : | |

This matter having come before the Court upon the application of the United States of America (Jamie L. Hoxie, Assistant U.S. Attorney, appearing), that the Indictment returned on December 5, 2019 remain filed under seal, and good cause having been shown,

IT IS, on this 20th day of December, 2019,

ORDERED that, the Indictment returned December 5, 2019 and the arrest warrants filed in this case be and hereby are SEALED and the Indictment shall remain under seal until Defendant Two has been arrested;

IT IS FURTHER ORDERED that, unless otherwise ordered by this Court and as otherwise ordered herein, the case shall be unsealed;

IT IS FURTHER ORDERED that the identity of Defendant Two shall be removed from the case until he or she is arrested;

IT IS FURTHER ORDERED that a redacted copy of the Indictment, which redacts the identity of Defendant Two, be filed and made publicly available;


- 2 -

IT IS FURTHER ORDERED that the United States Attorney's Office may obtain copies of the arrest warrants, the Indictment, and this Order for purposes of arrest and extradition, and that the United States Attorney's Office may provide copies of these documents to other agencies and/or governments in order to effectuate the arrest of any defendant located outside of the United States.

CLAIRE C. CECCHI
United States District Judge