## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI<br><br>　　　　　　　Defendants. | Case No. 19-cr-877-CCC |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

　　　PLEASE NOTE the appearance of Rodney Villazor of Smith Villazor LLP as counsel for Defendant Matthew Brent Goettsche in this action. I am admitted to practice in this Court.

Dated: New York, New York
　　　　January 13, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**SMITH VILLAZOR LLP**

　　　　　　　　　　　　　　　　　　　　By: *s/* _____
　　　　　　　　　　　　　　　　　　　　Rodney Villazor
　　　　　　　　　　　　　　　　　　　　250 West 55th Street, 30th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　(212) 582-4400
　　　　　　　　　　　　　　　　　　　　rodney.villazor@smithvillazor.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Matthew Brent Goettsche*