UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

|  |  |
|---|---|
| v. | CRIMINAL NO. 19-cr-877-CCC |
| MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, AND SILVIU CATALIN BALACI | LIMITED APPEARANCE FOR THE PURPOSES OF ARRAIGNMENT & DETENTION |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for       Matthew Brent Goettsche
                                                                                    Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| US District Court for the Northern District of Illinois, Trial Bar | 2018 |
| U.S. District Court for the Northern District of Illinois | 2018 |
| U.S. District Court for the Southern District of California | 2000 |
| U.S. District Court for the Eastern District of California | 1998 |
| U.S. Court of Appeals for the Ninth Circuit | 1998 |
| U.S. District Court for the Northern District of California | 1997 |
| California | 1997 |

Date: January 13, 2020                         /s/ Hartley M. K. West
                                                                    Signature of Attorney

                                                                    Hartley M. K. West
                                                                    Print Name

                                                                    150 California Street, 19th Floor
                                                                    Address

    San Francisco, CA 94111
    City State Zip Code

    (415) 582-4781 / (415) 582-4811
    Phone Number Fax Number

DNJ-CR-013 (03/2010)