UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 19-cr-877-CCC

MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, AND SILVIU CATALIN BALACI

**LIMITED APPEARANCE FOR THE PURPOSES OF ARRAIGNMENT & DETENTION**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for _____Matthew Brent Goettsche_____
                                                                                                 Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| US District Court for the Northern District of Illinois, Trial Bar | 2013 |
| U.S. Court of Appeals for the Seventh Circuit | 2013 |
| U.S. District Court for the Northern District of Illinois | 2013 |
| U.S. District Court for the Eastern District of New York | 2013 |
| U.S. District Court for the Middle District of Florida | 2011 |
| U.S. District Court for the Southern District of Florida | 2011 |
| U.S. Bankruptcy Court for the Southern District of Florida | 2011 |
| Florida | 2011 |
| U.S. Court of Appeals for the Second Circuit | 2009 |
| U.S. District Court for the District of Columbia | 2008 |
| U.S. Court of Appeals for the District of Columbia Circuit | 2008 |
| District of Columbia | 1989 |
| U.S. District Court for the Southern District of New York | 1988 |
| U.S. Bankruptcy Court for the Southern District of New York | 1988 |
| New York | 1988 |

Date: January 13, 2020                    /s/ Andrew C. Lourie
                                                           Signature of Attorney

DNJ-CR-013 (03/2010)

Andrew C. Lourie
_____
Print Name

201 South Biscayne Blvd., Suite 1900
_____
Address

Miami, FL 33131
_____
City State Zip Code

(202) 664-1907 / (305) 967-6120
_____
Phone Number Fax Number

DNJ-CR-013 (03/2010)