UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, AND SILVIU CATALIN BALACI

CRIMINAL NO. 19-cr-877-CCC

**LIMITED APPEARANCE FOR THE PURPOSES OF ARRAIGNMENT & DETENTION**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for     Matthew Brent Goettsche
                                                     Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| U.S. Court of Appeals for the Third Circuit | 2018 |
| U.S. District Court for the Northern District of Illinois | 2017 |
| U.S. Court of Appeals for the First Circuit | 2015 |
| U.S. Court of Appeals for the Federal Circuit | 2015 |
| U.S. District Court for the Eastern District of Texas | 2015 |
| U.S. Bankruptcy Court for the Eastern District of New York | 2014 |
| U.S. District Court for the Eastern District of New York | 2014 |
| U.S. Court of Appeals for the Fifth Circuit | 2011 |
| U.S. Bankruptcy Court for the Southern District of New York | 2009 |
| U.S. District Court for the Southern District of New York | 2009 |
| New York | 2009 |

Date: January 13, 2020

/s/ Benjamin J. A. Sauter
Signature of Attorney

Benjamin J. A. Sauter
Print Name

DNJ-CR-013 (03/2010)

800 Third Avenue, 6th Floor
_____
  Address


New York, NY 10022
_____
  City State Zip Code


(212) 488-1288 / (212) 488-1220
_____
  Phone Number Fax Number

DNJ-CR-013 (03/2010)