**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Claire C. Cecchi |
| v. : | |
| : | |
| MATTHEW BRENT GOETTSCHE : | Crim. No. 19-877 |
| [DEFENDANT TWO] : | |
| JOBADIAH SINCLAIR WEEKS : | SCHEDULING ORDER |
| JOSEPH FRANK ABEL : | |
| SILVIU CATALIN BALACI : | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, Unites States Attorney for the District of New Jersey (by Assistant United States Attorneys Jamie L. Hoxie, David W. Feder, and Anthony P. Torntore, appearing); and defendant Matthew Brent Goettsche being represented by Rodney Villazor, Esq., Andrew Lourie, Esq., Hartley M.K. West, Esq., and Benjamin J.A. Sauter, Esq.; and defendant Jobadiah Sinclair Weeks being represented by Adam P. Schwartz, Esq., Andrew M. Hinkes, Esq., Michael L. Yaeger, Esq., and Simon A. Gaugush, Esq.; and defendant Joseph Frank Abel being represented by Jason J. LeBoeuf, Esq. (collectively, the "Three Defendants"); and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because defense counsel has just been retained; and for good cause shown,

It is on this 15th day of January, 2020, hereby ORDERED that:

1

1. Within two weeks from the date of this Order, that is, on or before January 29, 2020, the Government and the Three Defendants shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

2. A status conference shall be held on ___to be set___, at _____ a.m./p.m., in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

_____
Honorable Claire C. Cecchi
United States District Judge

2