# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Claire C. Cecchi |
| MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO REDACTED], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | CRIMINAL NO. 1:19-cr-877-CCC |

## [PROPOSED] ORDER

**THIS MATTER**, being before the Court upon Defendant Matthew Brent Goettsche, ("Defendant") by and through his attorneys, Kobre & Kim LLP and Smith Villazor LLP, for entry of an Order granting Defendant's Motion to Revoke Pretrial Detention Order and the Court having reviewed the submission, and for good cause shown;

**IT IS** on this _____ day of February, 2020,

**ORDERED** that Defendant shall 1) be released on conditions established by the Court and 2) fulfill the conditions of bail established by the Court.

_____
Honorable Judge Claire C. Cecchi