**Sent:**     Mon, 8 Sep 2014 13:25:03 -0600
**Subject:**  Hey ████
**From:**    Matt Goettsche ████████████████████
**To:**        ████████████████████████████████████

████ hope all is well with your new gig... I got your email a few months back saying you would be way too busy right now but thought I would check with you anyway and offer you double the price of what you normally charge for taxes.  If not, no big deal, I just thought I would check before I went with someone new.

I have an INSANE project that is set to launch any day now, it's based on Bitcoin... not sure if you are familiar with this market but its pretty crazy how fast it's growing and how much money can be made in the space. We are collaborating on many things and building a membership club around mining for this digital currency.

No joke... This is something we will do $10-$15 million with from now until the end of the year and would love to stay in tight with you because you always bring great value to what we do.

Hope all is well! let me know if you want details or if you wouldn't mind just reply back letting me know to 100% go with someone else for taxes

Thanks,
-Matt

--


_____
Matt Goettsche

GOVERNMENT
EXHIBIT

_____
I