# EXHIBIT B

# Essex County Corrections Covid 19

Added to List – 3/24/2020

- In an abundance of caution, and not because we have had a positive test result in the facility as previously planned - The kitchen Is now operating with all civilians, we are no longer using detainee / inmate labor.

- The Street Eats Program has been postponed till further notice

- We have enhanced the evening Snack for all residents

Added to List – 3/23/2020

- We assigned an officer at the Facility's Visitor entrance to ensure that only Lawyers, Essex County Corrections Staff and Newark City Buses enter and exit the grounds.  This will prevent any unauthorized persons entering the facility.

- Any newly confined inmates/detainees entering the facility will be quarantined for 14 days as oppose to the original 3 days, to ensure they don't display any symptoms related to COVID-19 before they are assigned to their housing unit.
    - During their 14 days of quarantine, said inmates/detainees will have their temperature checked twice daily.

- We have modified the inmate detainee recreation groups to ½ recreation from full recreation.  This means that inmates/detainees in POD settings were allowed to all (full) have recreation time on said POD.  Now only ½ the population will be allowed to have recreation time on said POD.

- We took the proactive approach and have plans in place for the Kitchen area in the event that the facility experiences an outbreak.  These plans include but are not limited to the following:
    - A civilian staff will be brought in to handle all functions of the kitchen
    - A NO CONTACT plan will go into effect
    - A hotel-like structure (RV – Trailer) will be placed on the premises by the loading dock; which will house 13 people and includes, 5 bedrooms, two bathroom and two shower stalls.
    - We currently have 10 volunteers employees sign-up to run the kitchen in the event of an outbreak.

- We are working with the US Marshals to implement video conferencing within our facility, within proximity to the said federal prisoners, so that they can continue to have their cases heard.  This will minimize movement and contribute to social distancing.

  - Added to list 3/21/2020

- The Office of Inmate / Detainee Advocate has begun relaying email messages from attorneys direct to their clients to set up phone conferences.

  - Added to list 3/20/2020

- Beginning the Week of March 23rd, we will give each inmate / detainee a free Daily 5 Minute phone call to communicate with their families

- As of Sunday, March 22 No family and friends' visits will be allowed at the facility

  - Added to list 3/19/2020

- Officers are no longer assembling in Roll Call at the start of their shift, they are given their posts immediately after getting medically screened into the facility and head directly to their post avoiding group setting with other officers.

- A regular call of all County Wardens is being held to discuss issues and best practices.

  - Original List

- A nurse was added to the pre booking process so every detainee and inmate who enters the facility is given a health check which includes taking their temperature before entering the building.  This pre booking process also includes a full screening questionnaire.

- Department of Health / CDC approved signage information has been posted throughout the Facility to include all housing units, employee entrances, workstations and the visitor lobby area.  These postings provide educational information encouraging proper washing of hands and other infection avoidance best practices.

- We have initiated Health Screening for All Corrections Officers, civilians, and outside vendor staff every time they enter the building.  This screening will include taking their temperature, anyone who is exhibiting any signs will not be allowed to enter the jail.

- We have limited entrance to the building for all staff and employees to one monitored door

- The Medical Department has postponed all elective Medical Procedures

- The Medical Department as gone to Telemedicine for outside consultations

- CDC recommended cleaning and disinfection above and beyond normal activity have been implemented.  Appropriate disinfection solutions have been issued to our cleanup crews and staff for continued disinfection.

- All Contact visits have been modified to window visits only.  The Window visit schedule has been expanded.

- All attorney visits have been moved to Window visits only

- Three additional workers were hired whose sole function is to provide additional cleaning and sanitizing

- All religious services conducted by volunteers have been suspended.  When appropriate, inmates/detainees will be allowed to conduct a service on their own under staff supervision.

- All Jail outside work crews (the SLAP program) have been suspended

- GD Corrections, our Food Service provider, has done the following. They are making sure to have 30 days of meals on hand.  They have acquired freezer space in the area and have 14 days of frozen meals available if needed.  Extra staff has been transferred to Essex County to work in the jail kitchen.  They are sanitizing all areas every hour.  All items in the Officers Dining Room are now grab and go, NO self-serve items.  They have a transportation plan in place in the event public transportation should stop for their employees

- A housing unit in the jail has been identified and cleared to serve as a quarantine area if needed.

- Detainees / Inmates have been educated on the importance of Hand Washing and best practices for prevention of spread

- Medical Staff has increased its monitoring of all inmate/detainees checking for symptoms and signs of illness.

- The Medical Department is following a new protocol for handling inmates / detainees who may be compromised, (over the age of 45 with underlying Health Conditions). These include additional daily monitoring and a plan to separate them from the population should the need arise.

- The Facility was designed with zero pressure rooms that are available in the Infirmary to house affected individuals.

- A new protocol was established with the Port Authority Police department for the handing of prisoners arrested from Newark Airport.

- Our staff continues to be educated on Corona Virus protocols and best practices

- We have gone from a 3-month inventory of supplies to a 6-month inventory of supplies for needed items.

- All classes conducted by volunteers and or part time workers have been suspended

- Our inmate Advocate and Social Service Departments are making daily rounds in the housing units attending to our inmate/detainee concerns and issues

- We conducted an additional Tier Rep meeting to share information with our population and update them on what is being done.  These meetings will be scheduled more often than our regular monthly schedule

- We will be conducting weekly Conference calls with our advocate stakeholders to keep them updated on the facility

- Our building was designed with Air Handlers and a Purge system in every housing unit, enabling us to re-circulate the air every 4 hours.  The Air Handler brings in 100 % outside air into the unit, the Purge system exhausts 100 % of the air in the unit out.