

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*          973-645-2700
*Newark, New Jersey 07102*

June 29, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States v. Jobadiah Sinclair Weeks, et al.*,
             Crim. No. 19-877

Your Honor:

      The Government understands that counsel for Jobadiah Sinclair Weeks ("Weeks") does not intend to file a formal motion to seal Weeks' Memorandum in Support of his Motion for Appeal (previously filed under seal at Dkt. No. 94). *See* Dkt. No. 96.

      Please allow this letter to confirm that the Government has no objection to defendant Weeks' Motion for Appeal (Dkt. 94) being unsealed.

                                   Respectfully submitted,

                                   CRAIG CARPENITO
                                   United States Attorney

                                   By:  Anthony P. Torntore
                                        David W. Feder
                                        Jamie L. Hoxie
                                        Assistant U.S. Attorneys