UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | |
| MATTHEW BRENT GOETTSCHE<br>RUSS ALBERT MEDLIN<br>JOBADIAH SINCLAIR WEEKS<br>JOSEPH FRANK ABEL<br>SILVIU CATALIN BALACI | Criminal No. 19-877<br><br>COMPLEX CASE ORDER &<br>ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (by Jamie L. Hoxie, David W. Feder, Anthony P. Torntore, Assistant U.S. Attorneys, appearing); for an order granting a continuance of proceedings in the above-captioned matter; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the nature of the prosecution, and the existence of novel questions of fact and law such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The discovery in the case is voluminous, consisting of, among other things, the review of nearly two million electronic records, over 500,000 of which have been produced to defendants, several different images

1

and extractions of over 80 digital devices that have been seized, and the reconstitution and review of copies of website servers, and additional time is necessary to ensure that, taking into account the exercise of diligence, the parties have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3. The parties in this action are undertaking a process designed to reasonably protect the defendants' attorney-client privilege (the "Filter Process"), which the Government does not expect will conclude until October 30, 2020, at the earliest.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 16th day of July, 2020,

(1) ORDERED that this action be and hereby is continued from July 16, 2020 until November 15, 2020, and it is further

(2) ORDERED that the period from July 16, 2020 through November 15, 2020 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Claire C. Cecchi
United States District Judge