# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

T 212 582 4400
F 347 338 2532

October 7, 2020

**VIA ECF**
The Honorable Claire C. Cecchi
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:    *United States v. Matthew Brent Goettsche, et al.*
             <u>Crim. No. 19-877</u>

Dear Judge Cecchi:

On behalf of defendant Matthew Goettsche, the undersigned respectfully requests that the Court modify the Briefing Scheduling Order dated October 5, 2020 (dkt. 137) as follows:

    October 16, 2020:    Goettsche Opening Brief
    November 13, 2020:    Government's Response Brief
    November 23, 2020:    Goettsche's Reply Brief

The undersigned has conferred with AUSA Jamie Hoxie, and the government has no objection. Neither party seeks an adjournment of the hearing on the matter that the Court scheduled for December 3, 2020 at 11:00 a.m.

                                                    Respectfully submitted,

                                                    *s/ Rodney Villazor*

                                                    Rodney Villazor

cc:    AUSA Jamie Hoxie
       AUSA Anthony Torntore
       Benjamin Sauter, Esq.

                                                    SO ORDERED

                                                    <u>   s/Claire C. Cecchi       </u>.
                                                    CLAIRE C. CECCHI, U.S.D.J.

                                                    Date: 10/9/2020