UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Michael A. Hammer |
| MATTHEW BRENT GOETTSCHE, RUSS MEDLIN, JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | CRIMINAL NO. 2:19-cr-877-CCC<br><br>NOTICE OF ATTORNEY WITHDRAWAL |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Hartley M. K. West is hereby withdrawn as counsel of record for Defendant Matthew Brent Goettsche ("Mr. Goettsche") as she will no longer be an employee of Kobre & Kim LLP or serving as counsel to Mr. Goettsche as of September 1, 2021. Mr. Goettsche will continue to be represented by Andrew C. Lourie and Benjamin Sauter of Kobre & Kim LLP and by Rodney Villazor of Smith Villazor LLP.

Dated: August 31, 2021

Respectfully submitted,

 /s/ Hartley M. K. West
Hartley M. K. West
KOBRE & KIM LLP
150 California Street – 19th Street
San Francisco, CA 94111
(415) 582-4781
Hartley.West@kobrekim.com