# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                                             Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,          CRIMINAL NO. 1:19-cr-877-CCC
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

## NOTICE OF APPERANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for     Matthew Brent Goettsche
                                                                                      Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 2014 |
| New York | 2014 |

Date: August 31, 2021                                  /s/ Amanda Tuminelli
                                                                    Signature of Attorney

                                                                    Amanda Tuminelli
                                                                    Print Name

                                                                    800 Third Avenue, 6th Floor
                                                                    Address

                                                                    New York, NY 10022
                                                                    City State Zip Code

                                                                    (212) 488 1284  / (212) 488-1220
                                                                    Phone Number Fax Number

                                                                               DNJ-CR-013 (03/2010)