UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
                                                                                             :

UNITED STATES OF AMERICA,

          -against-                                                        Crim. No. 2:19-cr-877-CCC

MATTHEW BRENT GOETTSCHE,
RUSS MEDLIN,
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

                   Defendants.
-----------------------------------------------------------X

**[Proposed] Order Granting Motion to Modify Conditions of Pretrial Release**

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. 279), the Court having considered the consent of Pretrial Services and no objection from the government, through Assistant U.S. Attorney Jamie Solano, and having read and considered this motion, hereby adopts the following:

    1.    Mr. Goettsche is permitted to attend church activities related to his ordainment as a Young Men's Specialist for the LDS Lafayette Ward as approved by Pretrial Services in addition to the four church activities previously authorized by the Court (dkt. 270).

    2.    Mr. Goettsche is permitted to attend the birthday parties of each of his two daughters. The time and location of each party shall be disclosed to and approved by Pretrial Services. He must always remain in the presence of a third-party custodian at each birthday party.

2

It is further ordered that the above conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

Dated:

_____
Hon. Michael A. Hammer
United States Magistrate Judge