UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Claire C. Cecchi |
| v. | |
| MATTHEW BRENT GOETTSCHE<br>RUSS ALBERT MEDLIN<br>JOBADIAH SINCLAIR WEEKS<br>JOSEPH FRANK ABEL<br>SILVIU CATALIN BALACI | Crim. No. 19-877 |

MOTION TO WITHDRAW AS COUNSEL

The undersigned Assistant United States Attorney respectfully moves to withdraw as counsel in the above-captioned case.  Effective Friday, June 2, 2023, the undersigned will be leaving the U.S. Attorney's Office to return to private practice and will no longer be representing the United States in this judicial district.  Assistant United States Attorney Anthony Torntore, who is an attorney to be noticed in this case, will remain in the case and serve as lead counsel of record for the United States moving forward.

Accordingly, the undersigned respectfully requests that the Clerk of the Court remove the undersigned as a counsel of record on behalf of the United States and designate Assistant United States Attorney Anthony Torntore as lead counsel of record.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*s/ Jamie H. Solano*
By:  Jamie Hoxie Solano
Assistant U.S. Attorney

Dated:     May 31, 2023