UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------- X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
    -against-                                 :     Crim. No. 2:19-cr-877-CCC
                                                                 :
MATTHEW BRENT GOETTSCHE,                                         :
RUSS MEDLIN,                                                     :
JOBADIAH SINCLAIR WEEKS,                                         :
JOSEPH FRANK ABEL, and                                           :
SILVIU CATALIN BALACI                                            :
                                                                 :
    Defendants.                                :
---------------------------------------------------------------- X

**[Proposed] Order Granting Motion to Modify Conditions of Pretrial Release**

THIS MATTER having come before the Court on the motion of Defendant Matthew Brent Goettsche, through the undersigned counsel, to modify conditions of pretrial release (Dkt. ___), the Court having considered the consent of Pretrial Services and no objection from the government, through Assistant U.S. Attorney Anthony Torntore, and having read and considered this motion, hereby modifies the bail condition to permit Defendant Goettsche, accompanied by a third-party custodian, to attend medical specialist appointments for his child as pre-approved by Pretrial Services.

It is further ordered that the above modification of the conditions of release are in addition to, and not in place of, the conditions previously set forth by this Court.

SO ORDERED.

Dated:  11/7/2023

_[signature]_

Hon. Michael A. Hammer
United States Magistrate Judge