**CLARK SMITH VILLAZOR**

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

**RODNEY VILLAZOR**
D: 212.377.0852
rodney.villazor@csvllp.com

January 16, 2025

<u>**VIA ECF**</u>
Honorable Michael A. Hammer
United States District Court for the
 District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 2C
Newark, NJ 07101

      Re:    *United States v. Matthew Goettsche, et al.*, 19-CR-877 (CCC)
             **Proposed Modification of Pretrial Release Order**

Dear Judge Hammer:

      Please accept this letter in lieu of a more formal motion on behalf of Defendant Matthew Goettsche. We respectfully move for leave of the Court to permit Mr. Goettsche to temporarily remove the lien on 4734 Essex Court, Boulder, CO 80301 (the "Essex Court House") for an additional (90) days to allow Victoria Landerman, the owner of Essex Court House, to sell the house to a confirmed buyer. The Court had previously allowed the removal of the lien on the Essex Court House for this same purpose, but a buyer had not been found (Dkts. 195, 368).

      As set forth in the Release Order (Dkt. 171), the Court accepted the Essex Court House along with eight other U.S. properties, collectively worth approximately $8,600,000.00, to partially secure the $20,000,000.00 bond. The estimated equity in the Essex Court House is approximately $600,000.00. Upon the anticipated sale of the Essex Court House, the sale proceeds will be wired directly to Ms. Landerman for her personal use.

      Pretrial Services has no objection to the proposed modification, and the government, through AUSA Anthony Torntore, consents to our requested modification.

      Respectfully submitted,

      /s/ *Rodney Villazor*

      Rodney Villazor, Esq.
      CLARK SMITH VILLAZOR LLP

Hon. Michael A. Hammer
January 16, 2025
Page Two

cc:    Matthew Menchel, Esq.
       Sean Buckley, Esq.
       Carolina Leung, Esq.
       Government counsel of record (via ECF and e-mail)
       U.S. Pretrial Services Officer David Hernandez (via e-mail)
       U.S. Pretrial Services Officer Troy Ruplinger (via e-mail)