UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Claire C. Cecchi |
| MATTHEW BRENT GOETTSCHE, RUSS MEDLIN, JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | CRIMINAL NO. 2:19-cr-877-CCC  NOTICE OF ATTORNEY WITHDRAWAL |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Andrew C. Lourie and Benjamin Sauter hereby withdraw as counsel of record for Defendant Matthew Brent Goettsche as of March 21, 2025. Mr. Lourie and Mr. Sauter further request that their names be removed from all notice and service lists in the above-captioned action. Mr. Goettsche will continue to be represented by Matthew I. Menchel, Carolina A. Leung, and Sean P. Buckley of Kobre & Kim LLP and Rodney C. Villazor and Brian Burns of Clark Smith Villazor LLP.

Dated: March 21, 2025

Respectfully submitted,

/s/ Andrew C. Lourie
Andrew C. Lourie
KOBRE & KIM LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
+1 202 664 1907
andrew.lourie@kobrekim.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21ˢᵗ day of March 2025, the foregoing was filed electronically through the New Jersey Courts E-filing Portal, which served a copy of this motion on all counsel of record.

By: */s/ Andrew C. Lourie*
Andrew C. Lourie