UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi, U.S.D.J. |
| v. | : | Crim. No. 19-877 |
| MATTHEW GOETTSCHE, et al. | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Assistant United States Attorney Ingrid Eicher, (ingrid.eicher@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

ALINA HABBA
United States Attorney

By: Ingrid Eicher
Assistant United States Attorney

Dated: May 21, 2025