

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

November 25, 2025

**Via ECF**

Hon. Claire C. Cecchi
United States District Judge
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    <u>United States v. Matthew Brent Goettsche</u>, Crim. No. 19-877

Dear Judge Cecchi:

    Enclosed please find a proposed continuance order in the matter referenced above. The parties seek an additional continuance for the reasons stated in the proposed order, which bears the signatures of counsel for both parties consenting to its form and entry.

    If the order meets with Your Honor's approval, please execute it and enter it at your convenience.

                                 Respectfully submitted,

                                 TODD BLANCHE
                               U.S. Deputy Attorney General

                               ALINA HABBA
                               Acting U.S. Attorney
                               Special Attorney

                By:    Trevor A. Chenoweth
                        Robert Taj Moore
                        Assistant U.S. Attorneys

cc:    Rodney Villazor, Esq. (via ECF)