UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 2:19-cr-0877 |
| GOETTSCHE et al | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Andrew M. Trombly (andrew.trombly@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

TODD W. BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

PHILIP LAMPARELLO
SENIOR COUNSEL

*/s/ Andrew M. Trombly*

By: Andrew M. Trombly
Assistant United States Attorney

Dated: February 5, 2026