**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | Crim. No. 19-877 |
| MATTHEW BRENT GOETTSCHE, et al. | ORDER FOR A CONTINUANCE |

This matter having come before the Court on the application of the United States (by Andrew M. Trombly, Trevor A. Chenoweth, and Robert Taj Moore, Assistant United States Attorneys) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 18, 2026, and for good and sufficient cause shown, this Court finds that this case should be continued for the following reasons:

(1)     This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, and the existence of novel questions of fact and law such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

(2)     The Government has represented that discovery in this case is voluminous, consisting of, among other things, the review of nearly two million electronic records, several different images and extractions of digital devices, the reconstitution and review of copies of website servers, and server data produced to the Government from Romania, and additional time is necessary to ensure that, taking into account the exercise of diligence, counsel have sufficient time to review

and inspect discovery and prepare disclosures, notices, motions, and to prepare experts for trial in this matter.

(3)    The parties anticipate a trial in this case, and the schedule includes a timeframe for pretrial motions, expert disclosures, motions *in limine*, jury selection, and presentation of the prosecution and defense cases.

As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii) and (iv), the ends of justice are served by granting the continuance and outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this    day of February, 2026,

ORDERED that this action be, and hereby is, continued from the date this Order is signed through and including November 18, 2026; and it is further

ORDERED that the period of time from the date this Order through is signed through and including November 18, 2026, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE