# CLARK SMITH VILLAZOR

**Clark Smith Villazor LLP**
**666 Third Avenue, 21st Floor**
**New York, New York 10017**
**www.csvllp.com**

**RODNEY VILLAZOR**
**D: 212.377.0852**
**rodney.villazor@csvllp.com**

March 17, 2026

**VIA ECF**
Honorable Claire C. Cecchi
U.S. District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room 5B
Newark, NJ 07101

> Re:    *United States v. Matthew Goettsche, et al.*, **19-CR-877 (CCC)**

Dear Judge Cecchi:

On behalf of defendant Matthew Goettsche, we write to request an expeditious ruling on the government's pending motion for a Speedy Trial continuance (Dkt. 556). At present, no trial date has been set for this case, and the parties would benefit from having that date so that they can propose an appropriate joint scheduling order, as contemplated in Mr. Goettsche's response (Dkt. 559).

In anticipation of the forthcoming trial, Mr. Goettsche is also mindful that all outstanding discovery issues and disputes between the parties must be resolved; thus, we write to advise the court of two additional issues that may require a status hearing, which the defense recently raised with the government: (1) the circumstances surrounding the government's diligence in searching, reviewing, and producing discovery that the government intends to potentially use at trial, taken from devices seized in December 2019, and (2) the appropriate remedy to address undisputed violations of the filter protocol process governing the government's review of privileged materials.

Respectfully submitted,

Rodney Villazor, Esq.
**CLARK SMITH VILLAZOR LLP**