

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

July 27, 2026

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

       Re:    <u>United States v. Matthew Goettsche et al.</u>, 19-cr-877

Dear Judge Cecchi:

The Government respectfully submits this motion, pursuant to Federal Rule of Criminal Procedure 48(a), requesting that the Court dismiss the Indictment in this case (D.E. 1) as to Defendant Matthew Goettsche with prejudice. The Department of Justice has reviewed this case and has decided, in its prosecutorial discretion, not to devote further resources to the criminal charges pending against Defendant.

                                  Respectfully submitted,

                                  *Aakash Singh*

                                  AAKASH SINGH
                                  Associate Deputy Attorney General

                                  */s/ Robert Frazer*

                                  ROBERT FRAZER
                                  United States Attorney