ROBERT FRAZER
United States Attorney
By: JORDAN M. ANGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: (973) 645-2829
jordan.anger@usdoj.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTHEW GOETTSCHE,<br><br>*Defendant*. | *Criminal Action No.* 19-877 (CCC)<br><br>NOTICE OF APPEARANCE<br><br>**ELECTRONICALLY FILED** |

This is to Notice the appearance of Robert Frazer, United States Attorney, District of New Jersey, by Jordan M. Anger, Assistant United States Attorney, as attorney of record for the Plaintiff in the above-captioned action.

Service of all notices in this case should be made upon:

Jordan M. Anger
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102.

ROBERT FRAZER
United States Attorney

By: *s/ Jordan M. Anger*
JORDAN M. ANGER
Assistant United States Attorney